

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00251-CV

| | | |
|---|---|---|
| In the Interest of D.R., C.R. and D.R., Minor Children | § | From the 89th District Court |
| | § | of Wichita County (12278-JR-C) |
| | § | September 3, 2015 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker